IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>           Plaintiffs,                     )<br>                                                      )<br>  vs.                                              )<br>                                                      )<br>ALEJANDRO MENDOZA-DUARTE,  )<br>           Defendant.                  )<br>_____) | No. 1:10-mj-00197-SMS<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on July 23, 2010 in the above-entitled matter.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  July 23, 2010                           /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE

12/6/06 ordrelease.form

1